# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Tyree Davis
_____

_____

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

Jesus Guadarrama - Warden
Antwan Lambert - Correction Officer
John Doe - Captain
John Doe - Correction Counselor
Jane Doe - Deputy Warden
John Doe - Lieutenant

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

**C.    DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1.   First Defendant

    a.    Full Name: Jesus Guadarrama

    b.    Rank or Title: Warden

    c.    Workplace: Doc MacDougall - Walker C.I.

2.   Second Defendant

    a.    Full Name: Antwan Lambert

    b.    Rank or Title: Correction Officer

    c.    Workplace: Doc MacDougall - Walker C.I.

3.   Third Defendant

    a.    Full Name: ~~John Doe #1~~ John Doe #1

    b.    Rank or Title: Captain

    c.    Workplace: Doc MacDougall - Walker C.I.

4.   Fourth Defendant

    a.    Full Name: John Doe #2

    b.    Rank or Title: Correction Counselor

    c.    Workplace: DOC MacDougall - Walker C.I.

5.   Fifth Defendant

    a.    Full Name: Jane Doe

    b.    Rank or Title: Deputy Warden

    c.    Workplace: DOC MacDougall - Walker C.I.

3

5. I asked Defendant Doe #2 several times how was it that I was being placed back in Phase 1 with no supporting paperwork. Defendant Doe #2 walked away from my door not answering my questions.

6. Soon after on July 15th 2025 I spoke to Defendant Jane Doe and Defendant Doe #1

7. I asked Defendant Jane Doe and Defendant John Doe #1 several times about the regression paperwork and both Defendants assured me that I would get a copy.

8. I wrote to Warden Guadarrama and never received any response.

9. On July 17th 2025 Defendant Doe #2 came to my cell door to tell me that my rec group was changing and I was to start going to rec with other phase 1 inmates.

10. I again asked Defendant Doe #2 about my regression paperwork and was told that the regression paperwork was on the way. I was told the delay was because it was sent through the mail system.

If you need more space, attach additional pages, but be as brief as possible.

## E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

I request relief of #250,000 in punitive damages and #250,000 for mental and emotional damages.

5

6.      Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*.  In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Tyree Davis_

Signed at: _Garner C.I._ _____ on _6-1-2026_

      (Location)                  (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

Section D - Reason For Complaint (cont.)

11. I explained to defendant Doe #2 that I did not want to go into the group that he was trying to put me in

12. I further explaine to Defendant Doe #2 that I had concerns about being assaulted because the inmates in that group had already jumped on 2 other inmates.

13. Defendant Doe #2 explained to me that he was instructed to change my group by Defendant Doe #1 and there was nothing that could be done.

14. I again explained to Defendant Doe #2 the safety concerns I had and Defendant Doe #2 stated that he didn't know what to tell me and walked away from my cell door.

15. Between July 15th, 2025 and July 17th, 2025 I voiced my concerns about being assaulted to the attention of all listed defendants and nothing was done to ensure my safety.

16. Around 5:00pm a CO came to get me for outside rec and soon after being placed in the rec yard I was assaulted by the same 2 inmates I voiced my concerns about.

17. After the assault I was taken to an outside hospital for treatment due to being cut with a weapon that one or both inmates had.

18. I remained on AS Phase 1 until August 5th, 2025 at which time I was place back on Phase 2 due to no regression paperwork being received.

Section D - Reason For Complaint (cont.)

19. On August 7th, 2025 I filed a level 1 grievance which was denied by Defendant Warden Jesus Guadarrama.

20. On September 12th, 2025 I filed a level 2 grievance to appeal the decision by Defendant Warden Jesus Guadarrama.

21. The level 2 grievance was upheld in part.

22. On or about September 11th, 2025 I was sent back to Garner C.I. to finish Phase 3 of the AS program.

23. Once back at Garner C.I. I wrote my unit counselor, counselor Arnold to see why I was sent back to MacDougall-Walker C.I. and on what Phase was I sent back on.

24. Counselor Arnold responded in writing that I was sent back to MacDougall-Walker still on Phase 2.

25. On October 8th, 2025 I wrote the Unit Manager about the regression paperwork. The Unit Manager responded in writing that he did not submit a regression form for me.

26. All defendants were aware that the inmates who assaulted me previously assaulted other inmates a few months earlier and therefor should have at a minimum been separated.

27. After my assault the same inmates jumped on 2 other inmates on separate incidence.

Section D - Reason For Complaint (cont.)

28. I found out that officer Ovalles had some concerns about putting me in the same rec yard with AS Phase 1 inmates so he contacted John Doe #3.

29. Defendant John Doe #3 told officer Ovalles to talk to Defendant Antwan Lambert because Defendant John Doe #3 wasn't working on first shift when the decision was made to change my rec group.

30. Defendant Antwan Lambert told officer Ovalles to put me in the rec yard with the other AS phase 1 inmates



# Inmate Request Form
## Connecticut Department of Correction

(COPY)

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296090

Facility/Unit: Walker C.I.

Housing unit: B1-40

Date: 7-17-2025

Submitted to: Capt. Ortega

Request: Can you tell me how are you putting me in a group with Phase 1 inmates if you haven't received the paperwork from Garner to put me Phase 1? And then you are trying to put me in a group with inmates who keep jumping on other inmates. If I get jumped just know I should have never been put into that group.

continue on back if necessary

~~Previous action taken:~~ cc: Warden Guodarrama
DA Rodriguez
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

**MacDougall Building**
1153 East Street, South
Suffield, CT 06080
Main: 8606272100

10/20/2025

Code Documentation Form
Date of Service: 7/17/2025

**TYREE L DAVIS**
Male DOB: Jul 04, 1979                    7597

**Lung Sounds**
**LUL:** Normal
**LLL:** Normal
**RUL:** Normal
**RLL:** Normal
**RML:** Normal

**Transport:** Ambulatory
**Notes:** I/M escorted to medical following assault with a weapon.    Several superficial linear lacerations to head and face.    Deep linear laceration to (R) jawline approx 2cm in length; extending through all layers of skin.    Wound care performed.    Phoned the medical on-call, Dr. Lupis and advised to send I/M to UCONN ER via custody vehicle.    I/M c/o dizziness and requested to lay supine.    Vitals show SBP 70's and DBP in 40's.    911 activated.    No visible puncture wounds or active bleeding upon head to toe assessment.    I/M denied head injury.    No loss of consciousness.    I/M alert and oriented x 3. Breathing even and unlabored.

Signed By: Anderson RN, Eneida at 7/17/2025 6:08:07 PM

Walker Building
1153 East Street, South
Suffield, CT 06080
Main: 8602923400

10/20/2025

W10
Date of Service: 7/17/2025

**TYREE L DAVIS**
Male DOB: Jul 04, 1979                    7597

each nostril daily PRN; Route: NASAL
ALBUTEROL SULFATE HFA 108 (90 BASE) MCG/ACT INHALATION AEROSOL SOLUTION
(ALBUTEROL SULFATE) 2 puffs Q4-6Hprn; Route: INHALATION
SYMBICORT 160-4.5 MCG/ACT INHALATION AEROSOL (BUDESONIDE-FORMOTEROL FUMARATE)
160-4.5 mcg/act inh BID; Route: INHALATION
ATORVASTATIN CALCIUM 10 MG ORAL TABS (ATORVASTATIN CALCIUM) 1 tablet q daily;Route:
ORAL


**Active Orders:**   Other [Other]
TB Symptom Screening [TBSS]
Authorized Cell Item - Other [AUTHOTHER]
Treatment Plan [TP]
Individual Therapy Session [MHIND]
Supplies - Other [SUPOTHER]
On Site Referral - Prescriber (Medical) [OSRPPM]
Prescriber - Med Renewal (MH) [PMHREN]
Tx to hospital via Ambulance [AMBULANCE]

**Active Problems:** Allergic rhinitis (ICD-477.9) (ICD10-J30.9)
Keratoconus, bilateral (ICD-371.60) (ICD10-H18.603)
Asthma (ICD-493.90) (ICD10-J45.909)
Ingrowing nail with infection (ICD-703.0) (ICD10-L60.0)
Screen for condition (ICD-V82.89) (ICD10-Z13.9)
Mouth swelling (ICD-784.2) (ICD10-R22.0)
Shoulder pain, right (ICD-719.41) (ICD10-M25.511)
Toe pain (ICD-729.5) (ICD10-M79.676)
Hand pain, right (ICD-729.5) (ICD10-M79.641)
Hemoptysis (ICD-786.30) (ICD10-R04.2)
Keratoconus, right (ICD-371.60) (ICD10-H18.601)
Chest pain (ICD-786.50) (ICD10-R07.9)
Hypercalcemia (ICD-275.42) (ICD10-E83.52)
Umbilical hernia (ICD-553.1) (ICD10-K42.9)
COVID-19 coronavirus infection (ICD-079.89) (ICD10-U07.1)
Hypercholesterolemia (ICD-272.0) (ICD10-E78.00)
Hypertriglyceridemia (ICD-272.1) (ICD10-E78.1)
Obsessive-compulsive disorder, unspecified (ICD10-F42.9)
Bipolar disorder type II (ICD-296.89) (ICD10-F31.81)
Otalgia, right (ICD-388.70) (ICD10-H92.01)
Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
Neck pain (ICD-723.1) (ICD10-M54.2)
Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Rhomboid pain (ICD-729.1) (ICD10-M25.519)
Muscle spasm, trapezius muscle, left (ICD-728.85) (ICD10-M62.830)


★ **Pertinent History & Plan of Care**
I/M A&Ox4/4, I/M seen after physical altercation on Unit, in medical for multiple superficial lacerations to
his face and neck on the right side. I/M also has an abrasion to his left knee. Laceration to right neck is 2

2 of 3

**Walker Building**
1153 East Street, South
Suffield, CT 06080
Main: 8602923400

10/20/2025

W10
Date of Service: 7/17/2025

**TYREE L DAVIS**
Male DOB: Jul 04, 1979                    7597

cm long and through all layers of skin. I/M was slashed with an unknown sharp object. Multiple superficial lacerations have all stopped bleeding on their own. All cleansed w NS and dressed. No neurological deficits noted. A) PERRLA, No CP, No SOB, No LOC, No JVD, Skin warm and dry, CMS norm all ext., vitals as noted. BP found to be low 81/49. 911 called for EMS transport to ER. I/M assisted to A&P to meet with EMS for transport to ER. Care and report with W-10 turned over to EMS staff.

**Orders**
**Mode of Transportation:**   Emergency Room Trip via Ambulance
   **Diagnosis Explained To:**   Patient
   **Prognosis Explained To:**   Patient

## ADA / Adaptive Equipment

**ADA**

**Impairments of:**   No

**ADL:**

*Medical Staff Signature:*        _____        _____
                                   **Signature**                      **Date**

Signed By: Cummings RN, Adam at 7/17/2025 5:38:08 PM

3 of 3



# Inmate Request Form
## Connecticut Department of Correction

(COPY)

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 396020

Facility/Unit: Walker C.I.

Housing unit: B1-40

Date: 7-22-2025

Submitted to: Capt. Ortega

Request: Can you either speak to Counselor Howard or have him tour with you because I spoke with him today and again he stated that he was going to put me Group 3 rec alone. He added that the plan changed because he didn't want to keep going back and forth about my group with the C/O. This is why I want this situation looked into because why would a C/O be fighting so hard to get me into that group? The counselor was fully aware of my concerns about being in that group yet I was still placed in that group and was assaulted. TD.

*continue on back if necessary*

Previous action taken: cc: D.W. Whittingham
Warden Guadarrama
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

*continue on back if necessary*

Acted on by (print name): ORTEGA

Title: CAPTAIN

Action taken and/or response:

I INSTRUCTED CC HOWARD TO PLACE YOU IN GROUP 3 WITH HARMON & NARCULLA BECAUSE THERE ARE NO IR'S OR PROFILE'S STATING YOU GUYS CANNOT BE GROUPED TOGOTHER. NO CORRECTION OFFICER PLAYED A ROLE IN WHAT REC GROUP YOU WERE IN. YOUR CONCERNS WERE NEVER PRESENTED TO ME BY ANYONE.

*continue on back if necessary*

Staff signature: Ortega

Date: 8/04/25



# Inmate Request Form
## Connecticut Department of Correction

COPY

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Walker C.I.

Housing unit: B1-40

Date: 7-28-2025

Submitted to: Unit Manager Capt. Ortega

Request: I have spoken to you on several occasions regarding the repeated threats that C/O Lambert has made towards me. Because nothing is being done to address these threats I am submitting this request in a formal mannor to ask that this issue be addressed without delay. I would also like to know how C/O Lambert was allowed to make the decision to rec me with individuals knowing that there was an issue? I know this because prior to shift change he made a comment that "he bet I don't go to rec now". As if I wouldn't go to rec because ➜

continue on back if necessary

OVER

Previous action taken: cc: D.W. Whittingham
Warden Guadarrama
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

continue on back if necessary

Acted on by (print name): Ortega

Title: CAPTAIN

Action taken and/or response:

I HAD A CONVERSATION WITH OFFICER LAMBERT REGARDING YOUR ALLEGATIONS AND HE HAS NO RECOLLECTION OF CONDUCTING HIMSELF UNPROFESIONALLY. HE WAS ADVISED TO REMAIN PROFESSIONAL AT ALL TIMES. ALSO, THE DECISION TO REC YOU IN THAT GROP CAME FROM ME. OFFICER LAMBERT HAS NO SAY IN THAT DECISION.

continue on back if necessary

Staff signature: Ortega

Date: 8/07/25

**Inmate Request Form**
Connecticut Department of Correction

COPY

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Walker C.I.

Housing unit: B1-40

Date: 7-28-2025

Submitted to: Counselor Howard

Request: On Thursday July 17th 2025 you asked me if I wanted to be moved to Group 2 with the other inmates on AS Phase 1 and I told you that I did not. Prior to leaving my cell door you told me that you were going to leave me in Group 3 but put me rec alone. I would like to know why was I moved into a group after explaining to you that I did not want to be moved to that group. I was assaulted by individuals who at a minimum should have been separated after jumping 2 other inmates on separate occasions. This is a clear failure to protect on behalf on the DOC.

continue on back if necessary

Previous action taken: cc: D.W. Whittingham
Warden Guadarrama
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

continue on back if necessary

Acted on by (print name): Howard

Title: CC

Action taken and/or response:
Per Captain you was moved to Group 2 to insure you rec. Since at the time you was being place in the cage instead of the rec room. With the unit being full.

continue on back if necessary

Staff signature:

Date: 8-11-25



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296070

Facility/Unit: Walker C.I.

Housing unit: B1-40

Date: 8-7-2025

Submitted to: D.W. Whittingham

Request: Your response to my request dated 7-28-2025 did not answer my question. On 7-15-2025 I was transferred to Walker C.I. pending regression to AS Phase 1. On 7-17-2025 without receiving that paperwork the decision was made to put me AS Phase 1 and I am asking who made that decision?

NOTE: I have written Capt. Ortega about this matter and he has failed to respond to any of my request to date.

*continue on back if necessary*

cc: Warden Guadarrama
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

*continue on back if necessary*

Acted on by (print name): Whittingham    Title: DW

Action taken and/or response: Request received 8/18/25- Your regression to AS phase I was initiate initiated by Garner C.I. leading to your transfer to Walker on 7/15/25. On 8/5/25 - While at Walker the decision was made to place you on AS phase II. Regression paperwork was not received from GCI - supporting the regression to phase I.

*continue on back if necessary*

Staff signature:

Date: 8/19/25



# Inmate Request Form
## Connecticut Department of Correction



COPY

CN 9601
REV
04/30/2021

Inmate name: **Tyree Davis**

Inmate number: **296020**

Facility/Unit: **Garner C.I.**

Housing unit: **B - 114**

Date: **9-17-2025**

Submitted to: **Counselor Arnold**

Request: **Can you send me a copy of any regression paperwork from my transfer to Walker on July 15th, 2025.**

*continue on back if necessary*

~~Previous action taken:~~ **cc: Warden Maldonado**
**DA Washington**
**Commissioner Quiros**
**Ombudsman DeVaughn Ward**
**Attorney Andrew Marchant-Shapiro**

*continue on back if necessary*

Acted on by (print name): **Arnold**

Title: **cc**

Action taken and/or response:

**There was no regression paperwork located in your master file.**

*continue on back if necessary*

Staff signature:

Date: **9/25/25**



# Inmate Request Form
## Connecticut Department of Correction

COPY

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Garner C.I.

Housing unit: F-114

Date: 9-19-2025

Submitted to: Counselor Arnold

Request: Can you tell me who does the progression and regression paperwork?

*continue on back if necessary*

~~Previous action taken:~~ cc: Warden Maldonado
DA Washington
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

*continue on back if necessary*

Acted on by (print name): Arnold

Title: CC

Action taken and/or response:

The assigned unit manager of Fox unit. If they are not available, another supervisor can/will.

*continue on back if necessary*

Staff signature:

Date: 9/23/25



# Inmate Request Form
## Connecticut Department of Correction

(COPY)

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Garner C.I.

Housing unit: F-114

Date: 10-1-2025

Submitted to: Counselor Arnold

Request: When I was transferred to Walker C.I. on July 15th 2025 can you tell me what AS Phase was I being sent back on? Was I being regressed to Phase 1 or was I being sent to Walker C.I. as AS Phase 1?

*continue on back if necessary*

~~Previous action taken~~: cc: Warden Maldonado
D.A. Washington
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

*continue on back if necessary*

Acted on by (print name): Arnold

Title: CC

Action taken and/or response:

You were sent to Walker CI still on phase 2. You were not regressed by GCI.

*continue on back if necessary*

Staff signature:

Date: 10/3/25



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Garner C.I.

Housing unit: F-114

Date: 10-8-2025

Submitted to: Unit Manager

Request: Can you tell me on what date if any did you complete my regression paperwork? I was sent back to Walker C.I. on July 15th 2025 and as of September 11th 2025 that paperwork had not been received and no one seems to be able to locate it. Since you would have been the one to do that paperwork you should be able to tell me when you completed it.

*continue on back if necessary*

~~Previous action taken:~~ cc: Warden Maldonado
DA Washingto
Commissioner Quiros
Ombudsman DeVaughn Ward
Attorney Andrew Marchant-Shapiro

*continue on back if necessary*

Acted on by (print name): Byars

Title: 10/27/25

Action taken and/or response: I did not submit a regression form for you.

*continue on back if necessary*

Staff signature: [signature]

Date: 10/27/25



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

Facility/Unit: Walker C.I.

Date: 8-7-2025

Inmate name: Tyree Davis

Inmate number: 296020

## INMATE ADVISEMENT

- **Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."**
- **Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.**

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I sent several request to C.C. Howard and Capt. Ortega on 7-17-2025, 7-21-2025 no of which were responded to.

On 7-15-2025 I was transferred to Walker C.I. pending regression to AS Phase 1. On 7-16-2025 I was told by CC Howard and Capt. Ortega that I could no longer rec in the same yard as I/M Hall due to my pending regression status. I was then told that I would be on rec alone status until my regression paperwork was received from Garner C.I. On 7-17-2025 CC Howard came to my cell door and asked me if I wanted to go into an AS group with 2 inmates who were AS phase 1. I questioned CC Howard as to how that was possible if my regression paperwork hasn't been received. He explained that he was only

Inmate signature: Tyree Davis

Date: 8-7-2025

over

- **Deposit this form in the "Administrative Remedies" box.**

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 8/8/2025

IGP #: 137-26-058

Disposition: Denied

Date of Disposition: 9/10/2025

Reason:

This matter of your recreation status. During the time when transferring back from Garner CI you were on

A.S Phase 1. Per Captain Ortega the recreation group was in guidelines with your A.S Phase 1 status.

Therefore, your grievance is denied.

☐ This decision is not subject to further appeal.

☒ This matter may be appealed within 5 calendar days.

Staff Name Print: Guadarrama, Warden

Signature: Guadarrama

Date: 9/10/2025



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

Inmate name: Tyree Davis

Inmate number: 296020

Facility/Unit: Garner C.I.

Housing unit: F-114

Date: 9-12-2025

IGP number: 137-26-058

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: The issue is not my rec schedule. The issue I am grieving is if the paperwork was never received to support regression I should have at a minimum been pending regression and therefor been on the rec by myself until paperwork was received. AS and pending AS does not rec together, CD and pending CD does not rec together, AS phase 1 does not rec with phase 2 so if there was never any paperwork received to support a regression to phase 1 I should have never been with phase 1 inmates until that paperwork was received. The administration can't say that I'm phase 1 then don't get any paperwork then backtrack and say there was nothing received to support regression.

Inmate signature: Tyree Davis

Date: 9-12-2025

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: **10/6/25**

Disposition **Upheld in Part**

Date of disposition: **11/17/25**

Reasons:

*You have submitted a Level 2 appeal for grievance (137-26-058) filed at MWCI in regard to physical conditions, specifically regression to Administrative Segregation Phase I. The response given by Warden Guadarrama was appropriate. You were transferred from Garner to MWCI (Walker) to be placed in Administrative Segregation Phase I based on your actions and behaviors. You were housed appropriately and placed in a recreation group appropriately based on your regression. However, upon further review, a CN9411, Administrative Segregation Phase Program Progression/Regression was not generated. You were subsequently progressed to Phase 2 on 8/5/25. Therefore, your grievance is upheld in part.*

Level 2 reviewer print name: **Rodriguez**

Title: **DA**

Level 2 reviewer signature:

Date: **11/17/25**

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☑ This decision is not subject to further appeal.

# ghla
## Greater Hartford Legal Aid

**CONFIDENTIAL LEGAL MAIL**

June 1, 2026

Tyree Davis #296020
Garner Correctional Institution
50 Nunnawauk Rd
Newton, CT 06470

Dear Tyree,

In response to your letter, I regret to inform you that Greater Hartford Legal Aid cannot assist you in this matter.  We do not handle this type of case.

Best of luck to you.

Respectfully,

*ls/Giovanna Shay*
Attorney
860-541-5061
gshay@ghla.org





CONNECTICUT
LEGAL
RIGHTS
PROJECT, INC.

Tyree Davis #296020
Garner Correctional Institution
50 Nunnawauk Rd
Newtown, CT 06470


June 2, 2026


Dear Mr. Davis,

Thank you for contacting Connecticut Legal Rights Project with your civil matter against Department of Corrections employees. Unfortunately, Connecticut Legal Rights Project does not represent individuals at Department of Corrections facilities, nor does it provide representation to individuals in matters related to DOC facilities or employees. You may find luck by contacting one of the following:

Antonio Ponvert
Koskoff, Koskoff and Bieder
350 Fairfield Avenue
Suite 501
Bridgeport, CT 06604

Alexander Taubes
59 Elm Street
Suite 207
New Haven, CT 06511


Best of luck to you in your search for justice.

Sincerely,


Ella Sweet
Screener/Operations Assistant


Connecticut Legal Rights Project, Inc.  P.O. Box 351, Silver Street, Middletown, CT 06457 (860) 262-5030